## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RACHEL HATTON,<br>　　*Plaintiff,* | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. 4:18-CV-_____ |
| | § | |
| HARRIS COUNTY JAIL AND<br>HARRIS COUNTY SHERIFF'S<br>DEPARTMENT AND HARRIS COUNTY<br>　　*Defendants.* | §<br>§<br>§<br>§ | JURY DEMAND |

### DEFENDANT HARRIS COUNTY'S NOTICE OF REMOVAL

Defendant Harris County files this Notice of Removal pursuant to 28 U.S.C. § 1441, and would respectfully show as follows:

1. Plaintiff Rachael Hatton ("Plaintiff") filed her Original Petition on May 3, 2018 under Cause No. 2018-30004, in the 234th Judicial District Court of Harris County, Texas. Defendants Harris County Jail and Harris County Sheriff's Department have not been served.

2. Defendant's notice of removal is filed within thirty (30) days after Harris County received notice of the Petition. Plaintiffs alleges the cause of actions against Defendants pursuant to 42 U.S.C. § 1983. Plaintiff brought this action for constitutional violations and state law personal injuries suffered by Plaintiff as a result of assault and battery and excessive force used against her.. Plaintiff seeks damages, attorney's fees and costs.  Original jurisdiction of this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 28 U.S.C. § 1331. Venue in this Court is proper because Harris County, Texas is located within the Southern District of Texas and the Houston Division thereof.  Removal to this Court is, therefore, proper under U.S.C. §§ 1441(a) and 1331.  All defendants who have received notice consent to this removal.

3. Copies of all process and pleadings filed in Cause No. 2018-30004 have been provided to this Court.

4. Written notice of the filing of this Notice is being served on all adverse parties as required by 28 U.S.C. § 1446(d).  A true and correct copy of this Notice will be filed with the District Clerk of Harris County, Texas, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Harris County respectfully requests that this action be removed to the United States District Court.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL:<br><br>VINCE RYAN<br>HARRIS COUNTY ATTORNEY | **/S/  Mary E. Baker**<br>MARY E. BAKER<br>Federal I.D. No. 7647<br>State Bar No. 08534000<br>Senior Assistant County Attorney<br>1019 Congress, 15th Floor<br>Houston, Texas 77002<br>Telephone:  (713) 274-5133<br>Facsimile: (713) 755-8924<br>mary.baker@cao.hctx.net<br><br>ATTORNEY FOR DEFENDANT<br>HARRIS COUNTY |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2018, a true and correct copy of this pleading was served by facsimile and/or electronically to:

Joseph Ward
Ahmad G. Azam
Azam, Ward & Sullivan, PLLC
9894 Bissonnet St., Ste. 905
Houston, Texas 77036
Fax: (832) 203-4477
info@awspllc.com

                                        **/S/  Mary E. Baker**
                                        MARY E. BAKER
                                        Senior Assistant County Attorney