**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RACHEL HATTON,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:18-CV-_____** |
| | § | |
| **HARRIS COUNTY JAIL AND** | § | **JURY DEMAND** |
| **HARRIS COUNTY SHERIFF'S** | § | |
| **DEPARTMENT AND HARRIS COUNTY** | § | |
| *Defendants.* | § | |

**INDEX OF MATTERS FILED UPON REMOVAL**

The following documents appear in the file of the case styled *Rachel Hatton v. Harris County Jail, Harris County Sheriff's Office and Harris County,* Cause No. 2018-30004, in the 234th Judicial District Court of Harris County, Texas, certified copies of which are attached:

1. Docket Sheet;
2. Plaintiff's Original Petition
3. Civil Case Information;
4. Civil Process Request;
5. Civil Process Request
6. Defendant Harris County's Original Answer to Plaintiff's Original Petition and Requests for Disclosure.

Respectfully submitted,

OF COUNSEL:

VINCE RYAN
HARRIS COUNTY ATTORNEY

/S/ *Mary E. Baker*_____
MARY E. BAKER
Federal I.D. No. 7647
State Bar No. 08534000
Senior Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone:  (713) 274-5133
Facsimile: (713) 755-8924
mary.baker@cao.hctx.net

ATTORNEY FOR DEFENDANT
HARRIS COUNTY

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 13, 2018, a true and correct copy of this pleading was served by facsimile and/or electronically to:

Joseph Ward
Ahmad G. Azam
Azam, Ward & Sullivan, PLLC
9894 Bissonnet St., Ste. 905
Houston, Texas 77036
Fax: (832) 203-4477
info@awspllc.com

**/S/  Mary E. Baker**
MARY E. BAKER
Senior Assistant County Attorney

5/3/2018 3:20 PM
Chris Daniel - District Clerk Harris County
Envelope No. 24350190
By: Wanda Chambers
Filed: 5/3/2018 3:20 PM

NO. _____

| | | |
|---|---|---|
| RACHEL HATTON.<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | ____ JUDICIAL DISTRICT |
| HARRIS COUNTY JAIL AND<br>HARRIS COUNTY SHERIFF'S<br>DEPARTMENT AND HARRIS<br>COUNTY<br>Defendants. | §<br>§<br><br><br>§ | OF HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** RACHEL HATTON, hereinafter called Plaintiff, complaining of and about HARRIS COUNTY JAIL and HARRIS COUNTY., hereinafter called Defendant, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.      Plaintiff, RACHEL HATTON, that resides at the address of ███████████ ███████████ The last 3 digits of Plaintiff's Social Security Number are ███████████

3.      Defendant HARRIS COUNTY JAIL, an entity that is registered in Texas, may be served with process at the office at the following address 1200 Baker St. Houston TX 77002

Service of said Defendant as described above can be effected by certified mail, return receipt requested.

4.      Defendant HARRIS COUNTY, Harris County, TX is a governmental unit and

may be served with citation pursuant to Tex. Civ Prac. & Rem. Code 17.024 be serving its County Judge, Ed Emmett 1001 Preston Suit 911, Houston TX 77002.

    5.    Defendant HARRIS COUNTY SHERIFF'S DEPARTMENT, an entity that is registered in Texas may be served with process at the following address 1200 Baker St, Houston, TX 77002.

## JURISDICTION AND VENUE

    6.    The subject matter in controversy is within the jurisdictional limits of this court.

    7.    Plaintiff seeks:

        a.    only monetary relief of $200,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

    8.    This court has jurisdiction over the parties because Defendant is a Texas resident.

    9.    Venue in Harris County is permissive in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

    10.    The court has jurisdiction over this claim under the Texas Tort Claims Act because the Texas Legislature waived Defendant's sovereign immunity for claims involving personal injury arising from a condition or use of tangible personal or real property if the governmental unit would, were it a private person, be liable to the claimant according to Texas law.

Civ. Prac. & Remedies Code § 101.021(B)(2) states:

A governmental unit in the state is liable for:

(B)  the employee would be personally liable to the claimant according to Texas law;  and

(2)  personal injury and death so caused by a condition or use of tangible personal or real property if the governmental unit would, were it a private person, be liable to the claimant according to Texas law.

## FACTUAL ALLEGATIONS

On or about  May 7, 2016 Mrs. Hatton was incarcerated in the Harris County Jail on a charge unrelated to assault. Mrs. Hatton was in line with other inmates at the time when she was assaulted.

Mrs. Hatton was ordered by a female guard to go back to her cell. Apparently, when Mrs. Hatton didn't move fast enough, the guard charged Plaintiff with extreme force and started to punch Mrs. Hatton. In fact according to Mrs. Hatton the last thing she can remember is falling to the ground and another inmate yelling, "Oh my gosh, her head!"

The next thing Mrs. Hatton recalls is being in the clinic, but she did not know how or why she came to be there. According to Mrs. Hatton all she remembers is someone, nurse or doctor, in the clinic giving her pills to take for her injuries. Mrs. Hatton was ion the clinic for soe time, over three hours, at no point did any employees ever explain why she was in the clinic.

Subsequent to the clinic visit and check up, Mrs. Hatton was returned to her cell.  The female officer that attacked Mrs. Hatton was apparently and confusingly still on duty and was monitoring Plaintiff's unit that night. Mrs. Hatton even continued to buzz the guard all night with the call button in her cell, but this guard never responded.

Subsequently Mrs. Hatton was bailed out and it came time to collect her clothes. Except,

that the clothes she was arrested and subsequently assaulted in were not in her bag and were soaking wet. Almost as if the jail washed the clothes to hide any blood stains they were on the clothes.

When Mrs. Hatton was picked up her brother in law noticed there was blood matted in her hair. When Mrs. Hatton was dropped off at her mother's house Mrs. Hatton's mother noticed that Plaintiff had stiches in her head. As unknown stiches are very concerning Mrs. Hatton's mother rushed her to the hospital to discover that Mrs. Hatton had suffered a severe concussion. Mrs. Hatton sustained stiches to her head, lacerations to her head and face, bruises all over her body and a black eye, all of which took over a month to heal (superficially anyway) completely. The extent of the damage to her psyche and emotions and future body is unknown. However, what is known at this time is that she suffers from depression due to this trauma, anxiety, memory loss and insomnia.

### CIVIL ASSAULT & BATTERY

11.    Plaintiff incorporates by reference the allegations set forth above as if the same were fully set forth herein.

12.    Harris county has employed individuals as prison guards, hereinafter referred to as "guards" to presumably maintain order in the jail between prisoners and citizens as well as guards and prisoners.

13.    On or about May 7, 2016 Rachel Hatton, Plaintiff was incarcerated within the Harris County Jail complex. Mrs. Hatton is a mother and a wife and, moreover, a very petite woman.

14.    Defendant, by and through their employee prison guard was apparently very angry and decided to intentionally batter Mrs. Hatton with her closed fist. This attack was not

Certified Document Number: 79777550 - Page 4 of 8

only an overly zealous use of force, but also, as evidence will show, happened when Mrs. Hatton was on the floor in the most vulnerable position a human can be in, i.e. lying on the floor. This did not stop this "guard" as the guard continued to mercilessly pulverize Mrs. Hatton. This guard made her point quite clear.

15.     Defendant purposefully and intentionally acted with her own volition and proximately caused Mrs. Hatton to incur medical bills as well as medical aid.

16.     But-for the actions of this prison guard, Mrs. Hatton would not have sustained any damages from battery.

## 42 U.S.C § 1983 EXCESSIVE FORCE

17.     At all times relevant to the claims states herein, this prison guard was operating under the color of state law. Guards actions against Mrs. Hatton constituted unjustified and excessive force. By unjustifiably punching, kicking, he violated Mrs. Hatton's' rights under the Fourth, Eighth, and Fourteenth Amendments of the U.S. Constitution, which directly and proximately caused damages to Mrs. Hatton including the past and future medical expenses, mental anguish, pain and suffering.

## GOVERNMENT IMMUNITY WAIVER

**18.**     The court has jurisdiction over this claim under the Texas Tort Claims Act because the Texas Legislature waived Defendant's sovereign immunity for claims involving personal injury arising from a condition or use of tangible personal or real property if the governmental unit would, were it a private person, be liable to the claimant according to Texas law.

Civ. Prac. & Remedies Code § 101.021(B)(2) states:

A governmental unit in the state is liable for:

(B) the employee would be personally liable to the claimant according to Texas law;  and

(2)  personal injury and death so caused by a condition or use of tangible personal or real property if the governmental unit would, were it a private person, be liable to the claimant according to Texas law.

In this case, sub-section (B) (2) applies. In this instance the prison guard is an employee as defined

## RESPONDEAT SUPERIOR

19.     Under the theory of Respondeat Superior, an employer is vicariously liable for the torts of an employee acting within the scope of employment even though the employer did not personally commit the tort. *Goodyear Tire & Rubber Co. v. Mayes*, 236 S.W.3d 754, 757 (Tex.2007); *Baptist Mem'l Hosp. Sys. v. Sampson*, 969 S.W.2d 945, 947 (Tex.1998); *DeWitt v. Harris Cty.*, 904 S.W.2d 650, 654 (Tex.1995); *see Broaddus v. Long*, 138 S.W.2d 1057, 1059 (Tex.1940).

20.     In order to prevail under the doctrine of Respondent Superior the Plaintiff must prove that: a) The Plaintiff was injured as the result of a tort, B) the tortfeasor was an employee of the Defendant; c) the tort was committed while the employee was acting within the scope of employment—that is, the act was (1) within the employee's general authority, (2) in furtherance of the Defendant's business, and (3) for the accomplishment of the object for which the employee was hired.

## DAMAGES

21.     Plaintiff has sustained damages in an amount within this court's jurisdictional

limits.

## ATTORNEY'S FEES

22.     Request is made for all costs and reasonable and necessary attorney's fees incurred by or on behalf of Plaintiff herein, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just, as provided by Chapter 38 of the Texas Civil Practice and Remedies Code.

## ALTERNATIVE ALLEGATIONS

23.     Pursuant to Rules 47 and 48, Texas Rules of Civil Procedure and the rules of pleadings, allegations in this petition are made in the alternative.

## PLAINTIFF HEREBY DEMANDS TRIAL BY JURY

## REQUEST FOR DISCLOSURE

**24.**     Plaintiff requests that defendant produce answers pursuant to Rule 194 of the Texas Rules of Civil Procedure: 194(a)- 194(i).

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Rachel Hatton respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for specific performance, damages requested hereinabove in an amount in excess of the minimum jurisdictional limits of the Court, together with prejudgment and post-judgment interest at the maximum rate allowed by law, attorney's fees, costs of court, and such other and further relief to which the Plaintiff may be

entitled at law or in equity, whether pled or unpled.

Respectfully submitted,

Azam, Ward & Sullivan, PLLC

By: *Joseph H. Ward* w/ permission

Joseph Ward
Texas Bar No. 24090460
Ahmad G. Azam
Texas Bar No. 24071775
Email:  info@awspllc.com
9894 Bissonnet St. Ste. 905
Houston, TX 77036
Tel. (832) 674-0879
Fax. (832) 203-4477
Attorney for Plaintiff



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 7, 2018

Certified Document Number:        79777550 Total Pages:  8

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

5/3/2018 3:20:52 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 24350190
By: CHAMBERS, WANDA R
Filed: 5/3/2018 3:20:52 PM

Case 4:18-cv-01948   Document 1-2   Filed in TXSD on 06/13/18   Page 1 of 2

CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____   COURT *(FOR CLERK USE ONLY)*: _____

STYLED RACHEL HATTON VS HARRIS COUNTY JAIL AND HARRIS COUNTY SHERIFF'S DEPARTMENT AND HARRIS COUNTY
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** Joseph H. Ward  **Email:** info@awspllc.com  **Address:** 9894 Bissonnet St. #905  **Telephone:** 832-674-0879  **City/State/Zip:** Houston, Tx 77033  **Fax:** 832-203-4477  **Signature:**  **State Bar No:** 24090460 | **Plaintiff(s)/Petitioner(s):** Rachel Hatton ____  ____  **Defendant(s)/Respondent(s):** Harris County Jail and Harris County Sheriff's Department and Harris County ____  ____  ____  [Attach additional page as necessary to list all parties] | ☐ Attorney for Plaintiff/Petitioner  ☒ Pro Se Plaintiff/Petitioner  ☐ Title IV-D Agency  ☐ Other:  **Additional Parties in Child Support Case:**  Custodial Parent:  Non-Custodial Parent:  Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law |
|---|---|---|---|

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-Judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract*  ☐ Consumer/DTPA  ☐ Debt/Contract  ☐ Fraud/Misrepresentation  ☐ Other Debt/Contract:  *Foreclosure*  ☐ Home Equity—Expedited  ☐ Other Foreclosure  ☐ Franchise  ☐ Insurance  ☐ Landlord/Tenant  ☐ Non-Competition  ☐ Partnership  ☐ Other Contract: | ☐ Assault/Battery  ☐ Construction  ☐ Defamation  *Malpractice*  ☐ Accounting  ☐ Legal  ☐ Medical  ☐ Other Professional Liability:  ☐ Motor Vehicle Accident  ☐ Premises  *Product Liability*  ☐ Asbestos/Silica  ☐ Other Product Liability List Product:  ☐ Other Injury or Damage: | ☐ Eminent Domain/ Condemnation  ☐ Partition  ☐ Quiet Title  ☐ Trespass to Try Title  ☐ Other Property: | ☐ Annulment  ☐ Declare Marriage Void  *Divorce*  ☐ With Children  ☐ No Children | ☐ Enforcement  ☐ Modification—Custody  ☐ Modification—Other  **Title IV-D**  ☐ Enforcement/Modification  ☐ Paternity  ☐ Reciprocals (UIFSA)  ☐ Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐ Expunction  ☐ Judgment Nisi  ☐ Non-Disclosure  ☐ Seizure/Forfeiture  ☐ Writ of Habeas Corpus— Pre-indictment  ☐ Other: | ☐ Enforce Foreign Judgment  ☐ Habeas Corpus  ☐ Name Change  ☐ Protective Order  ☐ Removal of Disabilities of Minority  ☐ Other: | ☐ Adoption/Adoption with Termination  ☐ Child Protection  ☐ Child Support  ☐ Custody or Visitation  ☐ Gestational Parenting  ☐ Grandparent Access  ☐ Paternity/Parentage  ☐ Termination of Parental Rights  ☐ Other Parent-Child: |

| Employment | Other Civil | |
|---|---|---|
| ☐ Discrimination  ☐ Retaliation  ☐ Termination  ☐ Workers' Compensation  ☐ Other Employment: | ☐ Administrative Appeal  ☐ Antitrust/Unfair Competition  ☐ Code Violations  ☐ Foreign Judgment  ☐ Intellectual Property | ☐ Lawyer Discipline  ☐ Perpetuate Testimony  ☐ Securities/Stock  ☐ Tortious Interference  ☐ Other: |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal  ☐ Tax Delinquency  ☐ Other Tax | *Probate/Wills/Intestate Administration*  ☐ Dependent Administration  ☐ Independent Administration  ☐ Other Estate Proceedings | ☐ Guardianship—Adult  ☐ Guardianship—Minor  ☐ Mental Health  ☐ Other: |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court  ☐ Arbitration-related  ☐ Attachment  ☐ Bill of Review  ☐ Certiorari  ☐ Class Action | ☐ Declaratory Judgment  ☐ Garnishment  ☐ Interpleader  ☐ License  ☐ Mandamus  ☐ Post-judgment | ☐ Prejudgment Remedy  ☐ Protective Order  ☐ Receiver  ☐ Sequestration  ☐ Temporary Restraining Order/Injunction  ☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☒ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

Certified Document Number: 79777551 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 7, 2018

Certified Document Number:        79777551 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

5/3/2018 3:20:52 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 24350190
By: CHAMBERS, WANDA R
Filed: 5/3/2018 3:20:52 PM

**CIVIL PROCESS REQUEST**

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition

**FILE DATE OF MOTION:** May 3rd 2018
                         Month/   Day/   Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. **NAME:** Harris County Jail
   **ADDRESS:** 1200 Baker St. Houston Tx 77002 or wherever found
   **AGENT,** (if applicable): _____

   **TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

   **SERVICE BY** (check one):
   - ☐ **ATTORNEY PICK-UP**            ☐ **CONSTABLE**
   - ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
   - ☐ **MAIL**                        ☒ **CERTIFIED MAIL**
   - ☐ **PUBLICATION:**
       Type of Publication:  ☐ **COURTHOUSE DOOR, or**
                             ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   - ☐ **OTHER,** explain _____

*********************************************************************************************

****

2. **NAME:** Harris County
   **ADDRESS:** 1001 Preston, Suite 911 Houston, Tx 77002 or wherever found
   **AGENT,** (if applicable): Judge Ed Emmett

   **TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): Plaintiff's Original Petition

   **SERVICE BY** (check one):
   - ☐ **ATTORNEY PICK-UP**            ☐ **CONSTABLE**
   - ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
   - ☐ **MAIL**                        ☒ **CERTIFIED MAIL**
   - ☐ **PUBLICATION:**
       Type of Publication:  ☐ **COURTHOUSE DOOR, or**
                             ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   - ☐ **OTHER,** explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Joseph H. Ward          TEXAS BAR NO./ID NO. 24090460

MAILING ADDRESS: 9894 Bissonnet St. Suite 905 Houston, Tx 77036

PHONE NUMBER: 832   674-0879      FAX NUMBER: 832   203-4477
              area code  phone number              area code  fax number

EMAIL ADDRESS: info @ awspllc.com

CIVC108 Revised 9/2/00

Certified Document Number: 79777552 - Page 1 of 2

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                        (specify)
    MOTION TO: _____
                        (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Certified Document Number: 79777552 - Page 2 of 2

CIVC108 Revised 9/2/99



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 7, 2018

Certified Document Number:        79777552 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

5/3/2018 3:20:52 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 24350190
By: CHAMBERS, WANDA R
Filed: 5/3/2018 3:20:52 PM

**CIVIL PROCESS REQUEST**

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____     **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition

**FILE DATE OF MOTION:** May 3rd 2018
Month/   Day/   Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. **NAME:** Harris County Sheriff's Department

   **ADDRESS:** 1200 Baker St. Houston, TX 77002 or wherever found

   **AGENT,** (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**                                ☒ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
     Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                            ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** explain _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*

2. **NAME:** _____

   **ADDRESS:** _____

   **AGENT,** (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**                                ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
     Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                            ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Joseph H. Ward          TEXAS BAR NO./ID NO. 24090460

MAILING ADDRESS: 9894 Bissonnet St. Suite 905 Houston Tx 77036

PHONE NUMBER: 832     674-0879     FAX NUMBER: 832 203-4477
             area code   phone number              area code   fax number

EMAIL ADDRESS: info @ awspllc.com

CIV/CI08 Revised 9/2/09

Certified Document Number: 79777553 - Page 1 of 2

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

**INSTRUMENTS TO BE SERVED:**
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                        (specify)

    MOTION TO: _____
                        (specify)

**PROCESS TYPES:**

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

CIVC108 Revised 04/00

Certified Document Number: 79777553 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 7, 2018

Certified Document Number:        79777553 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

6/7/2018 3:48 PM
Chris Daniel - District Clerk Harris County
Envelope No. 25138421
By: SASHA PRINCE
Filed: 6/7/2018 3:48 PM

## CAUSE NO. 2018-30004

| | | |
|---|---|---|
| **RACHEL HATTON,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | |
| | § | **234TH JUDICIAL DISTRICT** |
| **HARRIS COUNTY JAIL AND** | § | |
| **HARRIS COUNTY SHERIFF'S** | § | |
| **DEPARTMENT AND HARRIS COUNTY** | § | |
| *Defendants.* | § | **OF HARRIS COUNTY, TEXAS** |

### ORIGINAL ANSWER OF DEFENDANT HARRIS COUNTY TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Harris County ("Defendant") now files its Original Answer to Plaintiff's Original Petition (the "Petition") and would respectfully show this Court as follows:

### I.

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every, all and singular, of the allegations set forth in Plaintiffs' Petition, and demands strict proof thereof by a preponderance of the credible evidence at trial of this case.

### II.

Defendant asserts the affirmative defenses of official, qualified, sovereign and/or governmental immunity.

### III.

Defendant is entitled to all of the exemptions from, exceptions to and limitations on liability set out in the Texas Tort Claims Act, Chapter 101, TEX. CIV. PRAC. & REM. CODE.

**IV.**

Defendant is entitled to the official immunity of the Harris County employees who have been sued herein, which extends to preserve the governmental immunity to which Defendant is entitled.

**V.**

Defendant is protected from the imposition any award of punitive damages.

**VI.**

**REQUEST FOR DISCLOSURE**

Under the authority of Texas Rule of Civil Procedure 194, Defendant requests that Plaintiffs disclose, within 30 days of the service of this request, the information or material described in Rule 194.2.

**VII.**

Defendant hereby requests a trial by jury as authorized by TEX. R. CIV. P. 216 and would further show that it is exempt from the deposit of a jury fee pursuant to Attorney General Opinion M-142.  *See also* TEX. CIV. PRAC. & REM. CODE Section 6.001.

WHEREFORE, PREMISES CONSIDERED, Defendant Harris County respectfully prays that upon trial hereof, Plaintiff take nothing against it, that Plaintiff's claims against it be, in all respects, dismissed, that it be awarded its attorneys' fees and costs, and for such other and further relief to which it shall show itself entitled.

Respectfully submitted,

VINCE RYAN
HARRIS COUNTY ATTORNEY

**/S/ Mary E. Baker**
MARY E. BAKER
Senior Assistant County Attorney
State Bar No. 08534000
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone:  (713) 274-5133
Facsimile:  (713) 755-8924
mary.baker@cao.hctx.net

ATTORNEY FOR DEFENDANT
HARRIS COUNTY

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2018, a true and correct copy of the foregoing ORIGINAL ANSWER OF DEFENDANT HARRIS COUNTY TO PLAINTIFF'S ORIGINAL PETITION was served by facsimile and/or electronically to:

Joseph Ward
Ahmad G. Azam
Azam, Ward & Sullivan, PLLC
9894 Bissonnet St., Ste. 905
Houston, Texas 77036
Fax: (832) 203-4477
info@awspllc.com

**/S/ Mary E. Baker**
MARY E. BAKER
Senior Assistant County Attorney